**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| Doreen G. Krzebetkowski,  ) <br> Personal Representative of the Estate of  ) <br> Dale M. Kankovsky, deceased,  ) <br> ) <br> Plaintiff,  ) <br> ) <br> vs.  ) <br> ) <br> BNSF Railway Company, f/k/a Burlington  ) <br> Northern and Santa Fe Railway Company,  ) <br> ) <br> Defendant.  ) | **ORDER FOR STATUS CONFERENCE** <br><br><br><br><br><br><br><br> Case No. 1:20-cv-024 |

A status conference will be held before the magistrate judge on May 25, 2021, at 9:00 AM. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 23rd day of June, 2020.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court